**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 34 MAL 2022

        Respondent :

         : Petition for Allowance of Appeal
         : from the Order of the Superior Court
        v. :

DIMITRY KUPERSCHMIDT, :

        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.